UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON OLIVERAS,
                            Plaintiff,            22 Civ. 4600 (LGS)

            -against-                         <u>ORDER</u>

LONG ISLAND RAILROAD CO.,
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 26, 2022, Defendant filed certain discovery materials on ECF.

      WHEREAS, Local Civil Rule 5.1 permits "only those discovery materials that are necessary to the decisional process" to be filed in connection with a motion or application. Committee Note, Local Civil Rule 5.1.

      WHEREAS, no such motion or application has been filed.  It is hereby

      **ORDERED** that the filing at Dkt. No. 10 is **STRICKEN**.

      The Clerk of Court is respectfully requested to strike the filings at Dkt. No. 10.

Dated:  August 29, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**