# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

December 9, 2022

> By **December 14, 2022,** Defendant shall file a letter with the Court regarding the two depositions, stating which of the dates proffered by Plaintiff are agreeable to it and the relevant witnesses. So Ordered.
>
> Dated: December 12, 2022
> New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  RAMON OLIVERAS V. LONG ISLAND RAILROAD COMPANY
     22 Civ. 4600 (LGS)(GWG)

Dear Judge Schofield:

We are submitting this status report in accordance with Your Honor's December 7, 2022 Order (Dkt #15). As indicated below, we have not received any response from defense counsel and in order to comply with Your Honor's Order, we are filing this letter unilaterally.

Upon receipt of the December 7, 2022 Order, our office provided defense counsel with an additional five dates (December 14, 16, 19, 20 or 22) for depositions of the two previously noticed defense witnesses. Defense counsel acknowledged receipt and indicated that he would advise if any of the proposed dates were agreeable to his office and the witnesses. Despite our follow up emails over the past two days and a telephone message with his office this afternoon, we have not received any response as to the proposed dates or any alternatives. Plaintiff is ready to proceed on any of the aforementioned dates.

Respectfully submitted,

Sean Constable

SC:EF
cc:  William Blumenschein, Esq.