# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK 10007-3001
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

**Paul A. Krez**
**Edward A. Flores**
**Gregory Wilson**
**Karla R. Alston**
**Larisa Girsh**
**Jonathan D. Goldsmith †**
**Mark A. Taustine**
**William J. Blumenschein ◇**
**N. Jeffrey Brown**
**Virginia Gillikin**

**Frank A. Melendez**

*Special Counsel*
**Karen S. Drotzer**

**†Admitted in NY & NJ**
**◇Admitted in NY & VT**

December 13, 2022

Hon. Judge Lorna Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

      **Re: Ramon Oliveras v. Long Island Railroad Company**
      **22 Civ. 4600(LGS)**

Dear Judge Schofield:

    This office represents the defendant, Long Island Railroad Company.

    In response to the Court's Memo Endorsement dated 12/12/22, defendant has proffered to plaintiff 12/16 for depositions of two Long Island Railroad witnesses: Mr. Tustin and Mr. Brush.

                                       Very truly yours,

                                       **KREZ & FLORES, LLP**

                                       *William J. Blumenschein*

                                       **WILLIAM J. BLUMENSCHEIN**

WJB/kf
cc: **FLYNN & WIETZKE, P.C.**
    Attorneys for Plaintiff
    1205 Franklin Avenue
    Garden City, NY 11530