# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NEW YORK 10007-3001
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

**Paul A. Krez**
**Edward A. Flores**
**Gregory Wilson**
**Karla R. Alston**
**Larisa Girsh**
**Jonathan D. Goldsmith** †
**Mark A. Taustine**
**William J. Blumenschein** ◊
**N. Jeffrey Brown**
**Virginia Gillikin**

**Frank A. Melendez**

*Special Counsel*
**Karen S. Drotzer**

†Admitted in NY & NJ
◊Admitted in NY & VT

**Plaintiff shall take the depositions of Mr. Tustin and Mr. Brush on December 16, 2022. The date of these depositions may not be changed without judicial permission. So Ordered.**

**Dated: December 14, 2022**
**New York, New York**

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

December 13, 2022

Hon. Judge Lorna Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

        Re: **Ramon Oliveras v. Long Island Railroad Company**
        **22 Civ. 4600(LGS)**

Dear Judge Schofield:

    This office represents the defendant, Long Island Railroad Company.

    In response to the Court's Memo Endorsement dated 12/12/22, defendant has proffered to plaintiff 12/16 for depositions of two Long Island Railroad witnesses: Mr. Tustin and Mr. Brush.

                      Very truly yours,

                      **KREZ & FLORES, LLP**

                      *William J. Blumenschein*

                      **WILLIAM J. BLUMENSCHEIN**

WJB/kf
cc: **FLYNN & WIETZKE, P.C.**
    Attorneys for Plaintiff
    1205 Franklin Avenue
    Garden City, NY 11530