UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON OLIVERAS,

                              Plaintiff,               22 Civ. 4600 (LGS)

          -against-                         ORDER

LONG ISLAND RAILROAD CO.,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, paragraph 13(b) of the Amended Case Management Plan and Scheduling Order, issued January 4, 2023, required the parties to submit a joint status letter as outlined in Individual Rule IV.A.2 by January 13, 2023.

       WHEREAS, the parties have not submitted such a letter.  It is hereby

       **ORDERED** that the parties shall file such a letter as soon as possible, and no later than **January 19, 2023**.

Dated:  January 17, 2023
           New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                      UNITED STATES DISTRICT JUDGE