# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

January 25, 2023

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: RAMON OLIVERAS V. LONG ISLAND RAILROAD COMPANY
       22 Civ. 4600 (LGS)(GWG)

Dear Judge Schofield:

The parties hereby submit this joint letter requesting a referral to the assigned magistrate judge for a settlement conference.

Very truly yours,

Sean Constable

SC:EF
cc: William Blumenschein, Esq.