UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAMON OLIVERAS,                                             :
                              Plaintiff,                    :      22 Civ. 4600 (LGS)
                                                            :
             -against-                                      :      ORDER
                                                            :
LONG ISLAND RAILROAD CO.,                                   :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, an Order issued January 23, 2023, set trial-related deadlines. Any motions in limine were due March 10, 2023. The parties' joint requests to charge, voir dire, verdict forms and any memorandum of law in support, as provided by the Court's Individual Rules, are due on March 17, 2023. The final pretrial order is due on March 24, 2023.

   WHEREAS, on January 25, 2023, the parties filed a letter requesting a referral for settlement discussions before Magistrate Judge Gabriel W. Gorenstein. On January 27, 2023, Judge Gorenstein issued an order scheduling a settlement conference for March 3, 2023. On February 28, 2023, Defendant requested to adjourn this conference sine die. The same day, Judge Gorenstein granted Defendant's request and warned the parties that "[t]his adjournment shall have no effect on the scheduling of the trial or any other deadlines in this matter."

   WHEREAS, the parties did not file any motions in limine by the deadline. It is hereby

   **ORDERED** that the parties have waived any motions in limine. The remaining deadlines for pre-trial submissions are firm and will not be extended.

Dated: March 13, 2023
       New York, New York

                                                   _____
                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE