UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RAMON OLIVERAS,                                              :
                                                             :
                              Plaintiff,       :     22 Civ. 4600 (LGS)
                                                             :
            -against-                                       :     ORDER
                                                             :
LONG ISLAND RAILROAD CO.,                                    :
                              Defendant.       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued January 23, 2023, set a trial date of April 17, 2023, and deadlines for other pre-trial submissions. On March 17, 2023, the parties filed their joint requests to charge, *voir dire* and proposed verdict forms on the docket.

      WHEREAS, Individual Rule IV.B.5 requires the parties to provide a digital courtesy copy of the proposed *voir dire* and request to charge in Word format. It is hereby

      **ORDERED** that the parties shall email the referenced documents to Schofield_NYSDChambers@nysd.uscourts.gov by **March 22, 2023**.

Dated:  March 20, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE